# EXHIBIT 1

# Exhibit 1

## Schedule A

| Retailer Identifier | Brand | Platform | Product Link | Domicile |
|---|---|---|---|---|
| 17857317050 | BIZAURA | Walmart | https://www.walmart.com/ip/BIZAURA-Slushie-Machine-Slushy-Maker-Bundle-Slushy-Machine-Home-Ice-Need-Professional-Frozen-Drink-Maker-6-Presets-Milkshakes-Frapp-s-Slush-Bonus-Ins/17857317050?classType=REGULAR&from=/search | China |
| B0DT429T6D | BKPPM | Amazon | https://www.amazon.com/dp/B0DT429T6D | Hong Kong |
| B0G122V5QH | Garvee | Amazon | www.amazon.com/dp/B0G122V5QH | China |
| B0GKPHKJ1Q | Garvee | Amazon | www.amazon.com/dp/B0GKPHKJ1Q | China |
| B0GN38T8WB | Garvee | Amazon | www.amazon.com/dp/B0GN38T8WB | China |
| B0GS8VMV1P | Garvee | Amazon | https://www.amazon.com/dp/B0GS8VMV1P | China |
| B0G4CGGSZ6 | Generic (Wizaura) | Amazon | www.amazon.com/dp/B0G4CGGSZ6 | China |
| B0G66MQVVM | NEOISM | Amazon | www.amazon.com/dp/B0G66MQVVM | China |
| B0GCKY1MBZ | NEOISM | Amazon | www.amazon.com/dp/B0GCKY1MBZ | China |
| B0GCLKYZLR | NEOISM | Amazon | https://www.amazon.com/dp/B0GCLKYZLR | China |
| B0FPF8YXCV | REVOTIO | Amazon | www.amazon.com/dp/B0FPF8YXCV | China |
| B0FX2M6CV1 | SUPWIN | Amazon | www.amazon.com/dp/B0FX2M6CV1 | China |
| B0F8BFBDBV | Sweet (Bizaura) | Amazon | www.amazon.com/dp/B0F8BFBDBV | China |
| B0GFRZBM55 | SYINTAO | Amazon | https://www.amazon.com/dp/B0GFRZBM55 | China |

1