# EXHIBIT 3

**Exhibit 3**
**Claim Chart Comparing the Bizaura Frozen Drink Maker to U.S. Patent No. 12,593,855**

Below is a chart that applies asserted exemplary independent claim 24 and 30 of U.S. Patent No. 12,593,855 (the "'855 Patent") to the accused Bizaura Frozen Drink Maker ("Accused Product"), purchased at the following listing:

https://www.walmart.com/ip/BIZAURA-Slushie-Machine-Slushy-Maker-Bundle-Slushy-Machine-Home-Ice-Need-Professional-Frozen-Drink-Maker-6-Presets-Milkshakes-Frapp-s-Slush-Bonus-Ins/17857317050 (SKU 17857317050).

The arguments and evidence cited in the chart below are representative and Plaintiffs reserve the right to rely on additional arguments and evidence to show that the above-identified accused product infringes exemplary independent claim 24 and 30 of the '855 Patent.

| Claim Element | Accused Product |
|---|---|
| 24[Pre.]: A frozen drink maker comprising: | <br>Accused Product Packaging. |
| 24[a]: a housing comprising an upper housing section and a cam feature moveable between a coupling position and an uncoupling position; | |

**Exhibit 3**
**Claim Chart Comparing the Bizaura Frozen Drink Maker (the "Accused Product") to U.S. Patent No. 12,593,855**

| Claim Element | Accused Product |
|---|---|
| | Photograph of Accused Product (annotated). <br><br> The cam feature of the Accused Product is moveable between a coupling position and uncoupling position. |

2

**Exhibit 3**
**Claim Chart Comparing the Bizaura Frozen Drink Maker (the "Accused Product") to U.S. Patent No. 12,593,855**

| Claim Element | Accused Product |
|---|---|
| | Photographs of Accused Product (annotated). |

3

**Exhibit 3**
**Claim Chart Comparing the Bizaura Frozen Drink Maker (the "Accused Product") to U.S. Patent No. 12,593,855**

| Claim Element | Accused Product |
|---|---|
| | <br>Accused Product Instruction Manual.<br><br><br>Accused Product Instruction Manual. |

4

**Exhibit 3**
**Claim Chart Comparing the Bizaura Frozen Drink Maker (the "Accused Product") to U.S. Patent No. 12,593,855**

| Claim Element | Accused Product |
|---|---|
| | |
| 24[b]: a mixing vessel to receive a drink product, the mixing vessel having: | The mixing vessel is configured to receive a drink product.<br><br><br><br>Photograph of Accused Product (annotated). |

5

**Exhibit 3**
**Claim Chart Comparing the Bizaura Frozen Drink Maker (the "Accused Product") to U.S. Patent No. 12,593,855**

| Claim Element | Accused Product |
|---|---|
| 24[b][i]: a first end with a first opening and a second end with a second opening configured to dispense drink product; and | <br><br>Photograph of Accused Product (annotated).<br><br>The second opening of the mixing vessel of the Accused Product is configured to dispense a drink product. |
| 24[b][ii]: a pour-in opening located on the mixing vessel between the first end and the second end; | <br><br>Photograph of Accused Product (annotated). |

6

**Exhibit 3**
**Claim Chart Comparing the Bizaura Frozen Drink Maker (the "Accused Product") to U.S. Patent No. 12,593,855**

| Claim Element | Accused Product |
|---|---|
| | |
| 24[c]: a dasher configured to rotate in the mixing vessel; | The dasher of the Accused Product is configured to rotate in the mixing vessel to stir the drink product. <br><br> <br><br> Photograph of Accused Product (annotated). |
| 24[d]: a motor to drive the dasher; | The Accused Product includes a motor that drives the dasher to rotate it to stir the drink product. |

**Exhibit 3**
**Claim Chart Comparing the Bizaura Frozen Drink Maker (the "Accused Product") to U.S. Patent No. 12,593,855**

| Claim Element | Accused Product |
|---|---|
| | RESETTING THE MOTOR<br><br>This unit features a unique safety system that prevents damage to the motor and drive system should you inadvertently overload it. If the unit is overloaded, the motor will be temporarily disabled. Should this occur, follow the reset procedure below.<br>1. occur, follow the reset procedure below.<br>2. Allow the unit to cool for approximately 15 minutes.<br>3. Remove all parts and accessories. Ensure no ingredients are jamming the auger.<br>IMPORTANT: Ensure that maximum capacity is not exceeded This is the most typical cause of appliance.<br>overload.<br>DO NOT process a solid block of ice or ice cubes. DO NOT make a smoothie or process hard, loose ingredients. If your unit needs servicing, please call Customer Service .<br><br>Accused Product Instruction Manual.<br><br>As confirmed by product testing, during operation a motor of the frozen drink maker drives the dasher to rotate. |

8

**Exhibit 3**
**Claim Chart Comparing the Bizaura Frozen Drink Maker (the "Accused Product") to U.S. Patent No. 12,593,855**

| Claim Element | Accused Product |
|---|---|
| 24[e]: an evaporator configured to be received through the first opening and be positioned within the mixing vessel; and | <br><br>Photograph of Accused Product (annotated).<br><br>The evaporator is received through the first opening of the mixing vessel. |

**Exhibit 3**
**Claim Chart Comparing the Bizaura Frozen Drink Maker (the "Accused Product") to U.S. Patent No. 12,593,855**

| Claim Element | Accused Product |
|---|---|
| | <br>Accused Product Instruction Manual.<br><br><br>Accused Product Instruction Manual. |

10

**Exhibit 3**
**Claim Chart Comparing the Bizaura Frozen Drink Maker (the "Accused Product") to U.S. Patent No. 12,593,855**

| Claim Element | Accused Product |
|---|---|
| | |
| 24[f]: a flexible seal arranged proximate to the upper housing section; | Photograph of Accused Product (annotated).<br><br>As confirmed by product testing, the flexible seal comprises a flexible material. |
| 24[g]: wherein the cam feature controls coupling the mixing vessel to the upper housing section when in the coupling position and uncoupling the mixing vessel from the upper | The cam feature of the Accused Product controls the coupling of the mixing vessel to the upper housing section when in the coupling position and uncouples the mixing vessel from the upper housing section when in the uncoupling position. |

**Exhibit 3**
**Claim Chart Comparing the Bizaura Frozen Drink Maker (the "Accused Product") to U.S. Patent No. 12,593,855**

| Claim Element | Accused Product |
|---|---|
| housing section when in the uncoupling position, and | Accused Product Instruction Manual. Accused Product Instruction Manual. |

12

**Exhibit 3**
**Claim Chart Comparing the Bizaura Frozen Drink Maker (the "Accused Product") to U.S. Patent No. 12,593,855**

| <u>Claim Element</u> | <u>Accused Product</u> |
|---|---|
|  | Photographs of Accused Product (annotated). <br><br> *Id.*, Cl. 24[a]. |
| 24[h]: wherein, when the cam feature is in the coupling position, the first opening of the mixing vessel is positioned to face horizontally and is sealed by the flexible seal. | When the cam feature of the Accused Product is in the coupling position, the first opening of the mixing vessel is positioned to face horizontally and is sealed by the flexible seal about the first opening. |

13

**Exhibit 3**
**Claim Chart Comparing the Bizaura Frozen Drink Maker (the "Accused Product") to U.S. Patent No. 12,593,855**

| Claim Element | Accused Product |
|---|---|
| | Photograph of Accused Product (annotated). |
| 30. The frozen drink maker of claim 24, wherein the housing comprises a lever moveable relative to the upper housing section, wherein moving the lever to a first position moves the cam feature into the coupling position, and wherein, when in the | The lever of the Accused Product is moveable relative to the upper housing section. |

**Exhibit 3**
**Claim Chart Comparing the Bizaura Frozen Drink Maker (the "Accused Product") to U.S. Patent No. 12,593,855**

| Claim Element | Accused Product |
|---|---|
| coupling position, the cam feature engages at least one mating feature on the mixing vessel to control coupling of the mixing vessel to the upper housing section. | Photographs of Accused Product (annotated).<br><br>Moving the lever of the Accused Product to a first position moves the cam feature into the coupling position.  When in the coupling position, the cam feature engages at least one mating feature on the mixing vessel to control coupling the mixing vessel to the upper housing section. |

15

**Exhibit 3**
**Claim Chart Comparing the Bizaura Frozen Drink Maker (the "Accused Product") to U.S. Patent No. 12,593,855**

| Claim Element | Accused Product |
|---|---|
| | <br>Photograph of Accused Product (annotated). |

16

**Exhibit 3**
**Claim Chart Comparing the Bizaura Frozen Drink Maker (the "Accused Product") to U.S. Patent No. 12,593,855**

| Claim Element | Accused Product |
|---|---|
| | <br>Photograph of Accused Product (annotated). |

17